# UNITED STATE DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| MARIANA DAVALOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>D AND R ENTERTAINMENT, INC.,<br><br>Defendant. | **Case No. 1:20-cv-00067-GNS**<br><br>**Chief Judge Greg N. Stivers** |

## MOTION AND APPLICATION FOR DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiffs Mariana Davalos, Cielo Jean Gibson, Eva Pepaj, Lucy Pinder, Jessica Rockwell, Claudia Sampedro, and Jennifer Zharinova (collectively, "Plaintiffs"), by and through undersigned counsel, move and apply for default judgment against Defendant D and R Entertainment, Inc. dba Top Hat Cabaret ("Defendant").

Plaintiffs respectfully request entry of judgment in the total amount of Three Hundred Two Thousand Five Hundred Dollars ($302,500.00) against Defendant, individualized by Plaintiff as set forth below, and entry of a permanent injunction barring Defendant's use of Plaintiffs' images in advertisements or for other commercial purposes.

In support of the foregoing motion and application for default judgment, Plaintiffs submit the attached memorandum of law and the report of Stephen Chamberlin, a modeling industry expert hired by Plaintiffs to evaluate and offer an opinion on Plaintiffs' damages, with exhibits and addendum thereto.

In further support of the foregoing motion and application, Plaintiffs state:

1. The clerk entered default against Defendant on November 17, 2020 (see ECF Document 10, PageID #66)[1];

2. Plaintiffs are entitled to judgment against Defendant under Fed. R. Civ. P. 55(b)(2);

3. The relief requested by this motion and application is within the scope of Plaintiffs' Complaint (see ECF Document 1, PageID #24-25);

4. Defendant has not appeared or otherwise participated in any way in these proceedings and is therefore not entitled to notice of this motion and application, however, copies of this motion and application with exhibits are being provided by regular mail to the address of Defendant's resident agent; and

5. Defendant is not a minor, is not an incompetent person, and is not a member of the uniformed services.

Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs' motion and application for default judgment, enter judgment against Defendant in the total amount of Three Hundred Two Thousand Five Hundred Dollars ($302,500.00), individualized by Plaintiff as follows:

    a.    Mariana Davalos – Sixty Thousand Dollars ($60,000.00);

    b.    Cielo Jean Gibson – Thirty Thousand Dollars ($30,000.00);

    c.    Eva Pepaj – Thirty Thousand Dollars ($30,000.00);

    d.    Lucy Pinder – Eighty Thousand Dollars ($80,000.00);

    e.    Jessica Rockwell – Twenty Thousand Dollars ($20,000.00);

---

[1] Due to a drafting error, Plaintiffs' request for entry of default and proposed order (ECF Document 9, PageID # 62 and ECF Document 9-2, PageID # 65), and the subsequent Entry of Default (ECF Document 10, Page ID # 66), incorrectly listed Jesse Golden as a plaintiff and omitted Eva Pepaj and Jessica Rockwell as plaintiffs in the first sentence of each document. Plaintiffs have filed a separate motion to amend/correct the entry of default to correct the error.

f.  Claudia Sampedro – Sixty Thousand Dollars ($60,000.00); and

g.  Jennifer Zharinova – Twenty-Two Thousand Five Hundred Dollars ($22,500.00).

Plaintiffs further respectfully request that the Court enter a permanent injunction barring Defendant's use of Plaintiffs' images in advertisements or for other commercial purposes.

Dated:  December 31, 2020        Respectfully submitted,

  /s/ *Edmund S. Aronowitz*
Edmund S. Aronowitz (*pro hac vice*)
ARONOWITZ LAW FIRM PLLC
2609 Crooks Road #290
Troy, Michigan 48084
(248) 716-5421
edmund@aronowitzlawfirm.com

Paul Hershberg
PAUL HERSHBERG LAW, PLLC
1161 East Broadway
Louisville, Kentucky 40204
(502) 736-7502 (direct)
(502) 736-7040 (main)
(502) 736-7510 (fax)
paul@hershberglaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and further certify that I have caused to be mailed a paper copy of the foregoing to the non-CM/ECF participant defendant D and R Entertainment, Inc. at the address of defendant's registered agent.

  /s/ *Edmund S. Aronowitz*
Edmund S. Aronowitz